RECEIVED
IN MONROE, LA
OCT 0 2 2006
MDY
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| LLP MORTGAGE LTD., <br> Plaintiff | CIVIL ACTION NO. 04-2031-M |
| VERSUS | JUDGE ROBERT G. JAMES |
| STEWART A. CATHEY and <br> DONNA B. CATHEY, <br> Defendants | MAGISTRATE JUDGE KIRK |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

IT IS ORDERED, ADJUDGED AND DECREED that there be judgment herein in favor of the Plaintiff, LPP MORTGAGE LTD., and against Defendants, STEWART A. CATHEY and DONNA B. CATHEY, in solido, in the principal sum of Two Hundred Twenty Thousand Five Hundred Sixty-Five and 37/100 ($220,565.37), together with interest on such sum as follows:

| | |
|---|---|
| From December 1, 1997 through May 7, 1998 | at 6.85% per annum |
| From May 8, 1998 through March 16, 2000 | at 6.00% per annum |
| From March 17, 2000 through December 12, 2000 | at 6.85% per annum |
| From December 13, 2000 through June 5, 2001 | at 6.00% per annum |
| From June 6, 2001 until paid | at 6.85% per annum |

except that Defendants reserve their rights under applicable law to seek any reduction in the accrual of future interest amounts on account of future active military duty periods served by Defendant

Stewart A. Cathey.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that there be judgment herein in favor of the Plaintiff, LPP MORTGAGE LTD., and against Defendants, STEWART A. CATHEY and DONNA B. CATHEY, in solido, for Plaintiff's reasonable attorney fees and costs in the amounts of $54,636.75 and $3,078.15, respectively, together with interest on such attorney fees and costs as provided by law.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the Defendants pay all costs of these proceedings.

MONROE, LOUISIANA this 18th day of September, 2006.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE